UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA



FILED
JAN 22 2004
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| WILLIAMS COMMUNICATIONS, LLC )<br>  )<br>  Plaintiff, )<br>  )<br>vs. )<br>  )<br>BROADBAND TELCOM POWER, INC., )<br>  )<br>  Defendant. ) | No. 04CV043 P (C)<br>(Tulsa County,<br>No. CJ-2003-07455) |

## NOTICE OF REMOVAL

Pursuant to the provisions of 28 U.S.C. §§1441 and 1446 et seq., Defendant, Broadband Telcom Power, Inc., files this Notice of Removal to the United States District Court for the Northern District of Oklahoma to remove the civil action filed against the Defendant from the District Court of Tulsa County, State of Oklahoma. In support hereof, Defendant, Broadband Telcom Power, Inc., states:

1. Plaintiff, Williams Communications, LLC, is a Delaware corporation.

2. Defendant, Broadband Telcom Power, Inc., is a California corporation.

3. The proceeding was initiated by Plaintiff filing a Petition in the District Court of Tulsa County, Oklahoma, on November 26, 2003, asserting a claim against Broadband Telcom Power, Inc. under a theory of strict tort liability.

4. Defendant, Broadband Telcom Power, Inc., received service of summons with a copy of Plaintiff's Original Petition on December 31, 2003.

5. Counsel for Plaintiff on November 24, 2003, provided in writing to counsel of Broadband Telcom Power, Inc., a formal settlement demand letter outlining the extent of Plaintiff's alleged injuries and extending an offer to settle the claim for $600,000.00, an amount greatly in excess of $75,000.

-1-

6. By reason of the foregoing, this Court would have original diversity jurisdiction of this action under the provisions of 28 U.S.C. §1332. Therefore, the action is removable to this Court under the provisions of 28 U.S.C. §1441.

7. Venue is proper in this district because the Northern District of Oklahoma of the United States District Court embraces Tulsa County, the place where the action is currently pending.

8. Attached as Exhibit "A" are copies of the process, pleadings and orders filed in the District Court of Tulsa County, State of Oklahoma, in this action.

9. Attached as Exhibit "B" is a copy of the formal settlement demand letter provided by Plaintiff's counsel.

ABOWITZ, TIMBERLAKE & DAHNKE, P.C.
P.O. Box 1937
Oklahoma City, OK  73101
Telephone   :   (405) 236-4645
Facsimile   :   (405) 239-2843

By _____
Murray E. Abowitz, OBA #000117

Attorney for Defendant,
BROADBAND TELCOM POWER, INC.

JURY TRIAL DEMANDED

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of January, 2004, a true and correct copy of the above and foregoing was mailed to:

Counsel for Plaintiff:

>Paul Harris
>Harris & Coffey, PLLC
>300 N.W. 13th St., Suite 100
>Oklahoma City, OK 73103
>(405) 236-2600
>
>Robert D. Brown
>Donato, Minx & Brown, P.C.
>3200 Southwest Freeway, Suite 2310
>Houston, TX 77027-7525
>(713) 877-1112

DOCKETED

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| WILLIAMS COMMUNICATIONS, LLC § | |
| § | CJ 2003 07455 |
| VS. § | Cause No. _____ |
| § | |
| FOUNDRY NETWORKS, BROADBAND § | |
| TELCOM POWER, INC., XP-FORESIGHT, § | DORIS L. FRANSEIN |
| INC., AND OKLAHOMA ELECTRIC § | |
| SUPPLY COMPANY § | |

To Broadband Telcom Power, a California corporation:

c/o **James L. Lau**
**1719 South Grand Ave.**
**Santa Ana, CA 92705**

You have been sued by Williams Communications, L.L.C., Plaintiff in the court indicated above. The nature of the suit against you is stated in the petition which is attached to this summons. It also states the demand made against you by the plaintiff.

You are directed to deliver or mail your written answer to the attached petition to the attorney for the plaintiff within twenty (20) days after service of this summons upon you, exclusive of the date of service. A copy of your answer must also be filed with the court indicated above either before service of your answer or within a reasonable time thereafter.

Unless you answer the petition within the time stated, judgment will be rendered against you together with costs of the action.

SALLY HOWE SMITH, COURT CLERK, Court Clerk

by _____, Deputy Court Clerk

Attorney(s) for Plaintiff:

DONATO, MINX & BROWN, P.C.

Robert D. Brown
Texas Bar No. 03164715
3200 Southwest Freeway, Suite 2310
Houston, TX 77027-7525
(713) 877-1112
FAX # (713) 877-1138

# EXHIBIT A

This summons was served on _____.
(date of service)

_____
(Signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.

DORIS L. FRANSEIN

DISTRICT COURT
**FILED**

NOV 2 6 2003

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

WILLIAMS COMMUNICATIONS, LLC §
§
VS. § CJ 2003-07455
§
BROADBAND TELCOM POWER, INC §

DORIS L. FRANSEIN

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WILLIAMS COMMUNICATIONS, LLC (hereinafter referred to as "Williams") Plaintiff in the above entitled and numbered cause, complaining of BROADBAND TELCOM POWER, INC., Defendant, and for good cause would respectfully show the following:

#### 1. PARTIES

A. Plaintiff, Williams, is a Delaware corporation doing business in Oklahoma.

B. Defendant, Broadband Telcom Power, Inc. is a California corporation and may be served with service of process through its registered agent for service, James L. Lau, 1719 South Grand Ave., Santa Ana, CA 92705.

#### FACTS

2. The incident occurred in William's testing laboratory in Tulsa, Oklahoma on or about July 31, 2001. On or about said date, a DC power supply, said product having been manufactured by defendant Broadband Telcom Power, Inc., failed causing a fire which damaged plaintiff's property.

## PRODUCTS LIABILITY

3.  Plaintiff realleges Sections 1-2 as if set forth in its entirety and are incorporated herein for all purposes. Plaintiff would show that Defendant, Broadband Telcom Power, Inc., is liable under the theory of strict tort liability. Defendant was at all times material hereto engaged in the business of designing, manufacturing, assembling, distributing, selling, constructing, selecting, furnishing, leasing, licensing, and/or supplying the product. The product, which caused injuries to Plaintiff, was in a defective condition at the time it was designed, manufactured, assembled, constructed, distributed, selected, sold, furnished, licensed, supplied and/or leased by Defendant. Defendant was a manufacturer and seller engaged in the business of introducing the aforementioned product into the stream of commerce. Defendant failed to give adequate warning to Plaintiff of the product's dangers. The aforementioned design, manufacturing and marketing defects were present at the time the product left the possession of Defendant. The product was defective and reached Plaintiff without substantial change in its condition from the time it was originally sold. These defects rendered each product unreasonably dangerous. Said defective condition was a producing cause of the injuries sustained by Plaintiff made the basis of this suit. For these reasons, Defendant is strictly liable to Plaintiff under applicable products liability law without regard to or proof of negligence and gross negligence. However, if it be necessary, Plaintiff would show that the product in question was designed, selected, manufactured, assembled, constructed, distributed, sold, furnished, supplied, licensed, and/or leased by Defendant in a negligent, grossly negligent and defective condition and such negligence, gross negligence and defective conditions were a producing and proximate cause of the damages sustained by Plaintiff.

## CAUSATION

4. Each act and omission detailed above constituted a proximate and/or producing cause of the damages suffered by your Plaintiff herein.

## DAMAGES

5. Plaintiff realleges Sections 1-4 as if set forth in its entirety and are incorporated herein for all purposes. In the occurrence made the basis of this suit Plaintiff sustained substantial property damages, reasonable mitigation expenses, and business interruption loss ("Damages") caused by the conduct of Defendant alleged herein in excess of $10,000. Plaintiff is further assignee of the rights of Foundry Networks, who suffered damages in excess of $10,000, in the fire.

Plaintiff would additionally say and show that it is entitled to recovery of attorney's fees and pre-judgment and post-judgment interest in accordance with law and equity as part of their damages herein. Plaintiff does not waive any other applicable theories of liability and reserve the right to add all additional theories of liability/causes of action in the future against all parties and to add other parties.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays Defendant be cited to appear and answer herein, that upon final trial hereof Plaintiff obtain judgment against this Defendant, that Plaintiff recover its damages as more fully described herein, punitive damages to be determined by the trier of fact not to exceed any statutory limitations, costs of Court herein expended, additionally, that Plaintiff recover pre-judgment and post-judgment interest to which it is entitled to by law, attorney's fees, costs of Court, and for such other and further relief, both general and special, in law and in equity, to which it may show itself justly entitled.

Signature Page to Plaintiff's Original Petition, District Court of Tulsa County

Respectfully submitted,

*Paul A. Harris*
_____
Paul Harris, OBA # 14733
Harris & Coffey, PLLC
300 N.W. 13th St., Ste. 100
Oklahoma City, OK 73103
405-236-2600
FAX # 405-236-2607

DONATO, MINX & BROWN, P.C.
Robert D. Brown
Texas Bar No. 03164715
3200 Southwest Freeway, Suite 2310
Houston, TX 77027-7525
(713) 877-1112
FAX # (713) 877-1138

Attorneys for Plaintiff

**JURY TRIAL DEMANDED**

4

```
DONATO,MINX&BROWN,P.C.
3200 SOUTHWEST FREEWAY, STE. 2310                          JAN 29 2004
HOUSTON, TX 77027
PHONE: (713) 877-1112      REF. NO: C0300000047933
ATTORNEY FOR:

IN THE DISTRICT COURT OF TULSA COUNTY           CASE NO: CJ200307455
STATE OF OKLAHOMA                               PROOF OF SERVICE


PLAINTIFF: WILLIAMS COMMUNICATIONS
DEFENDANT: BROADBAND TELCOM POWER INC

HEARING DATE:    - -       TIME:              DEPT/DIV:

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY
   TO THIS ACTION, AND I SERVED COPIES OF THE:
   CITATION;PETITION

2. A. PARTY SERVED:       BROADBANKD TELCOM POWER INC
   B. PERSON SERVED:      ETIENNE VAN BALLEGOOYEN, AUTHORIZED AGT
   C. ADDRESS:            1719 SOUTH GRAND AVE.
                          SANTA ANA, CA 92705

3. I SERVED THE PARTY NAMED IN ITEM 2
   A. BY PERSONALLY DELIVERING THE COPIES
      (1) ON:             12-31-03
      (2) AT:             0930 HRS

4. THE "NOTICE TO THE PERSON SERVED" (ON THE SUMMONS) WAS COMPLETED
   AS FOLLOWS:

5. PERSON SERVING:        A.  FEE FOR SERVICE:       $40.00
   B. DARSOW, #6000
   CENTRAL DIVISION
   909 N. MAIN STREET, SUITE 2
   SANTA ANA, CA  92701
   (714) 569-3700

7. I AM A CALIFORNIA SHERIFF AND I CERTIFY THAT THE FOREGOING IS TRUE
   AND CORRECT.


   DATE:   01-05-04              MICHAEL S. CARONA, SHERIFF-CORONER


                                 Tina Darsow #6000

JUD. COUN. FORM, RULE 982(A)(23)
```

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

No. 5907

State of ___CALIFORNIA___

County of ___ORANGE___

On ___1-6-04___ before me, ___R. L. OTTERBEIN, NOTARY PUBLIC___,
   DATE                                                       NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared ___B. DARSOW #6000___,
                         NAME(S) OF SIGNER(S)

☒ personally known to me - OR - ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Notary Seal: R. L. OTTERBEIN, COMM. #1323528, NOTARY PUBLIC - CALIFORNIA, ORANGE COUNTY, My Comm. Expires Oct. 14, 2005]

WITNESS my hand and official seal.

___R. L. Otterbein___
SIGNATURE OF NOTARY

═══════════ OPTIONAL ═══════════

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☐ INDIVIDUAL
☐ CORPORATE OFFICER

_____
         TITLE(S)

☐ PARTNER(S)    ☐ LIMITED
                ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☒ OTHER: ___ORANGE COUNTY SHERIFF COURT OPERATIONS___

**SIGNER IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

Orange County Sheriff
23141 Moulton Pkwy, Ste 120
Laguna Hills, Ca 92653

**DESCRIPTION OF ATTACHED DOCUMENT**

CJ 200307435
Proof of Service
TITLE OR TYPE OF DOCUMENT

_____
NUMBER OF PAGES

1-5-4
DATE OF DOCUMENT

_____
SIGNER(S) OTHER THAN NAMED ABOVE

# DONATO, MINX & BROWN, P.C.
### LAWYERS
3200 Southwest Freeway, Suite 2310
Houston, Texas 77027-7525
e-mail: bbrown@donatominxbrown.com
www.donatominxbrown.com

**ROBERT D. BROWN**
Direct Dial: (713) 871-1165

Telephone: (713) 877-1112
Facsimile: (713) 877-1138

November 24, 2003

Murray Abowitz
Abowitz, Timberlake & Dahnke
105 North Hudson, Tenth Floor
Oklahoma City, OK 73102

FAX # 405-239-2843

RE:   Insured       : Williams Communications, LLC
      D/Loss        : 7/30/01 – Fire Loss
      CTS Ref. No.  : 2092-790/RMH

Dear Murray:

Please allow this to serve as a formal settlement demand on the above referenced case specific to your client, BTC. I have reached settlement with Foundry, OESCO, and XP Foresight for a total payment of $350,000 on this case. Additionally, Foundry has assigned to us their claim for $289,000 in property damages, arising out of the damage to their Big Iron Unit. That brings the total damages for which I will be seeking from your client to over $1.5 million, subject to a potential $350,000 credit. Suit will be filed against your client on or before November 27, 2003. We will accept the sum of $600,000 from BTC in full and final settlement of the claim. Otherwise, we will proceed with service and will move forward with the litigation.

Please contact me if you have any questions regarding the above. Otherwise, I look forward to hearing your client's response to this demand.

Sincerely,

Robert D. Brown

RDB/ph
ltr abowitz 11-24-03

# EXHIBIT B