IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAMS COMMUNICATIONS, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-CV-43-K[C] |
| BROADBAND TELCOM POWER, INC., | ) |
| Defendant. | ) |

**FILED MAY 13 2004  Phil Lombardi, Clerk U.S. DISTRICT COURT**

## ORDER DISMISSING THIS ACTION WITH PREJUDICE

The parties have jointly requested that the Court enter its Order Approving Joint Stipulation of Dismissal with Prejudice and Ordering the Action be Dismissed With Prejudice.

IT IS THEREFORE ORDERED that pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, this action and the claims of Plaintiff, Williams Communications, LLC, against the Defendant are dismissed with prejudice.

IT IS FURTHER ORDERED that the parties to the Joint Stipulation of Dismissal are to bear their respective costs and expenses including attorney fees.

DATED this 13 day of May, 2004.

_____
UNITED STATES DISTRICT JUDGE